**This order is SIGNED.**

 

**Dated: September 7, 2016**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

---

David M. Cook, Bar # 7043
Attorney for the Debtor(s)
716 East 4500 South, Ste. N240
Salt Lake City, UT 84107
Phone:  (801) 264-0699
Fax:     (801) 438-7867
E-mail:  cook@utlawyer.net

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE: | Juan Rivera<br>Beatriz Bettini,<br><br>Address: 3547 W 5700 S, Roy, UT 84067<br>Last four digits of Social Security No:<br>xxx-xx-7035 and xxx-xx-8340<br><br>Debtor(s). | Bankruptcy No.  14-20252<br>Chapter 13<br>Filed Electronically |
|---|---|---|

**Order Sustaining Debtor(s)' Objection to Trustee's Motion to Dismiss and Granting
Request for Attorney's Fees**

---

A hearing on Debtor(s)' Objection to Trustee's Motion to Dismiss and Request for Attorney's Fees was scheduled for **September 7, 2016**, at **11:00 a.m.**  Proper notice of the hearing was given to all parties listed on Debtor(s) mailing matrix. Parties were further notified that objections, if any, to the relief sought by Debtor(s) must be mailed "early enough so that the Court will **receive** it on or before **August 25, 2016**" and "In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to enter an order approving the Objection without hearing."  The Trustee filed a response requesting that 2015 tax returns or declaration of insufficient income be filed by Joint Debtor Beatriz Bettini which has been done,

not objecting to the remaining relief sought and no other objection or other response to the relief sought by Debtor(s) was filed, and the hearing was consequently stricken at Debtor(s)' request. The Court, being fully advised, having reviewed the Motion for Entry of Order and with good cause appearing, hereby ORDERS that Debtor(s)' Objection to the Trustee's Motion to Dismiss is **granted**, the Trustee's Motion to Dismiss is **denied** and the case is not dismissed. IT IS FURTHER ORDERED that attorney's fees in the amount of $500.00 are awarded as an administrative expense from available funds.

[END OF DOCUMENT]

### DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **Order Sustaining Debtor(s)' Objection to Trustee's Motion to Dismiss, Denying Trustee's Motion to Dismiss and Granting Request for Attorney's Fees** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

| Lon A. Jenkins | U.S. Trustee | David M. Cook |
| Chapter 13 Trustee | Via ECF | Via ECF |
| Via ECF | | |

**By U.S. Mail -** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Juan Rivera  
Beatriz Bettini  
3547 W 5700 S  
Roy, UT  84067

All parties on the Court's official case matrix

/s/    David M. Cook